UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANA MERINO,

        Plaintiff(s),

VS.

UNITED STATES OF AMERICA,

        Defendant(s),

2:08-CV-0860 KJD-RJJ

## ORDER FOR RELEASE OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel have until 4:00 p.m. on **August 21, 2013** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on **August 28, 2013**.

Dated: _July 30, 2013_

_____
**U.S. DISTRICT JUDGE**

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant.

**I authorize** _____ to retrieve __ **Plaintiff's**
                                             to retrieve __ **Defendant's exhibits.**

Dated: _____    _____
                                  Signature of counsel for __ Plaintiff __ Defendant

Plaintiff's Exhibits received by: _____ Date: _____

Defendant's Exhibits received by: _____ Date: _____

PLEASE PRINT NAME: _____